# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDERICK PIÑA, | |
| *Plaintiff Pro Se*, | Case No.: |
| v. | |
| NEW YORK STATE | **BENCH TRIAL DEMANDED** |
| GAMING COMMISSION, ET AL. | |
| *Defendant*(s). | |

## <u>VERIFIED COMPLAINT</u>

Plaintiff *Frederick Piña* ("Plaintiff"), proceeding pro se, brings this civil action against Defendant(s) *New York State Gaming Commission* and its *Commissioner(s)* in their official and personal governmental capacities ("Defendants"), and alleges as follows:

# I. INTRODUCTION

1. This case arises from Defendants' deceptive marketing and willfully misleading "Lucky 7s" lottery scratch-off games, which features semantic errors on its face instructions that suggest a winning ticket from its combination, and yet this scheme; which is far different from the game's actual suggested and/or implied game rules. When Plaintiff purchased tickets and won based on the plain meaning, and clearly stated written instructions on its cover, Defendant(s) after being formally notified of this, nevertheless; willfully refused to honor the actual winning tickets and claims and the validity of their own marketed errors i.e., semantic errors. Plaintiff seeks redress for Defendants' unlawful state government fraudulent conduct under U.S. federal law.

# II. JURISDICTION AND VENUE

2. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1332 and 1343 because Plaintiff's claims arise under the Constitution and laws of the United States, including 42 U.S.C. § 1983, the Lanham Act (15 U.S.C. § 1125), the Federal Trade Commission Act (15 U.S.C. §

45), the federal RICO statute (18 U.S.C. §§ 1961-1968), and the federal wire and mail fraud statutes (18 U.S.C. §§ 1341, 1343).

3. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Plaintiff's claims occurred here. Venue also lies under §§ 1391(b)(1) and 1391(b)(2) because Defendant(s) reside in this District and all Defendants are residents of the State of New York.

4. Pursuant to New York General Municipal Law § 50-e, Plaintiff timely served a Notice of Claim upon Defendants on July 11, 2024, within 90 days after his claims arose. See Notice of Claim (Exhibit A).

**NOTE:**

**Supplemental Jurisdiction:** *Under 28 U.S.C. § 1367, federal courts can hear state law claims that are related to federal claims in the same lawsuit. If federal claims are properly before the court, the court can and should exercise supplemental jurisdiction over related state law claims.*

# STATUTES OF LIMITATIONS:

Plaintiff respectfully asserts that all claims asserted herein are timely filed within the applicable statutes of limitations, both federal and state. Specifically:

1. **Violation of 42 U.S.C. § 1983**: Plaintiff's claim under Section 1983 is governed by New York's statute of limitations for personal injury actions, which is three years. The Complaint has been filed well within this statutory period.

2. **Violation of the Lanham Act (15 U.S.C. § 1125(a)):** Pursuant to the Lanham Act, the statute of limitations for claims under § 1125(a) is four years from the accrual of the cause of action. The present action was commenced within this statutory timeframe.

3. **Violation of the Federal Trade Commission Act (15 U.S.C. § 45(a)):** Although the FTC Act does not specify its own statute of limitations, the established practice is to apply a four-year statute of

limitations similar to that under the Clayton Act for similar claims. Plaintiff's claim under the FTC Act falls within this applicable period.

4. **RICO Violations (18 U.S.C. §§ 1962(c) - 1968)**: Claims under the RICO Act have a four-year statute of limitations. The Complaint is filed well within this statutory limitation period.

5. **State Law Claims (New York General Business Law § 349, § 350; Breach of Contract; Unjust Enrichment; Fraud):** Claims under New York General Business Law and state law claims, including breach of contract, unjust enrichment, and fraud, are subject to New York's statutes of limitations, typically ranging from three to six years depending on the specific cause of action. All state law claims asserted in the Complaint are within the applicable statutes of limitations.

In light of the foregoing, Plaintiff asserts that all claims in the Complaint are timely filed and not time-barred under the applicable statutes of limitations. Plaintiff respectfully requests the Court's acknowledgment

of the timeliness of these claims and adjudication on the merits accordingly.

---

## III. PARTIES

5. Plaintiff *Frederick Piña* is an individual legally residing in Staten Island, New York. He is both a citizen of the United States and Dominican Republic.


6. Defendant(s) *New York State Gaming Commission* is a state-government agency of the State of New York responsible for regulating the state's lottery games. Its principal place of business is in Schenectady, New York.


7. Defendant(s) *John A. Crotty*, *Sylvia B. Hamer*, *Peter J. Martin J. Mack*, *Peter J. Moschetti, Jr., Brian O'Dwyer, Chair, Marissa Shorenstein and Jerry Skurnik*, are being civilly sued both in their personal and official capacities, as Commissioner(s) of the *New York State Gaming Commission*.

# IV. FACTUAL ALLEGATIONS

8. In early 2023 and throughout this summer of 2024; Plaintiff purchased approximately 119 of Defendants' "*Lucky 7s*" $1.00 lottery scratch-off tickets from various local retailers in New York City. Plaintiff spent around $119.00 United States dollars on the tickets in total. See Ticket Receipts (Exhibit B).

9. The front of each Lucky 7s ticket prominently displays the following. written instructions for how to win:

/////////////////////////////////////////////////////////////////////////////////////////////////////

**"...Get three "7" symbols in ANY row, column or diagonal and win prize shown. Get two "7" symbols and a "$$" symbol in ANY row, column or diagonal and PRIZE DOUBLES. Reveal a "Horse Shoe Symbol" symbol in the BONUS BOX, win PRIZE automatically!..."**

/////////////////////////////////////////////////////////////////////////////////////////////////////

See Lucky 7s Ticket's face instructions: (Exhibit C).

10. Several of the tickets Plaintiff purchased in fact contained three winning "7" symbols in **any** row, column, or diagonal, which according to the instructions printed on the ticket's face, should constitute a winning combination entitling Plaintiff to the listed cash prize amounts. See Winning Tickets (Exhibit D).

11. However, when Plaintiff attempted to claim his prizes, Defendant(s) willfully refused to honor the "winning" tickets as their shown winning combination(s). Defendant(s) claimed the instructions were "erroneous" and that three "7" symbols must be in a single row across, not across columns or diagonally, to win the cash prize.

12. On March 15, 2023, at 11:16 PM E.S.T., Plaintiff sent written notification to Defendants via email of the erroneous instructions and demanding payment of his rightfully won cash prizes. See Plaintiff's Correspondence (Exhibit E). To date, Defendants have not yet responded or issued my legally owed payment(s).

13. Defendant(s) continue to sell misleadingly marketed Lucky 7s tickets to the public with the same erroneous and misleading instructions, inducing consumers to purchase their lottery scratch off tickets based on the mistaken belief, that the combinations shown constitute winning combinations; when in fact they do not under the actual so-called game rules, which in effect amounts to a semantic error in their given instruction and descriptive language.

14. Defendants' actions have deprived Plaintiff and other ticket purchasers of their rightfully owed money and have caused them financial losses. Defendants have also been unjustly enriched by their deceptive marketing practices, all at the expense of uninformed consumers.

## **Pleading Standards**

Under Rule 8 of the Federal Rules of Civil Procedure, Plaintiff *Frederick Piña* ("Plaintiff") sets forth the following factual basis and legal grounds for each claim against Defendants:

1. **Factual Basis**: Plaintiff purchased approximately 119 "Lucky 7s" lottery scratch-off tickets from various retailers in New York City,

totaling $119.00. The tickets prominently displayed instructions indicating winning combinations that Plaintiff believed entitled him to cash prizes, as evidenced by ticket receipts and winning tickets (see Exhibits B and D).

2. **Defendant's Responsibility**: Defendants, including the New York State Gaming Commission and its Commissioners in their official and personal capacities, are responsible for the alleged actions. Despite Plaintiff's compliance with the advertised rules, Defendants failed to honor winning tickets based on these instructions, which led to financial losses and damages suffered by Plaintiff.

3. **Legal Allegations**: Plaintiff asserts violations under federal law, including:

   o **42 U.S.C. § 1983**: Defendants deprived Plaintiff of property without due process under the Fourteenth Amendment.

   o **Lanham Act (15 U.S.C. § 1125)**: Defendants engaged in false advertising by misleading consumers about the winning conditions of the "Lucky 7s" tickets.

- ○ **Federal Trade Commission Act (15 U.S.C. § 45)**: Defendants engaged in unfair methods of competition and deceptive acts affecting commerce.

- ○ **RICO Violations (18 U.S.C. §§ 1962(c) - 1968)**: Defendants conducted a pattern of racketeering activity through mail and wire fraud.

4. **Supporting Exhibits**: Exhibits such as ticket receipts, winning tickets, correspondence with Defendants, and legal precedents (see Exhibits A, B, C, D) substantiate these factual and legal claims.

This pleading adheres to Rule 8's requirement of providing fair notice of the grounds for each claim and the relief sought against each defendant. Plaintiff respectfully submits these allegations to demonstrate how each claim meets federal pleading standards.

# V. OVERCOMING STATE SOVEREIGN IMMUNITY CLAIMS

May this federal court be guided first and foremost, by its allegiance solely to the United States of America and to its United States Constitution alone only; in that; it strictly informs us, that:

- *The Supremacy Clause of the U.S. Constitution (Article VI, Clause 2) establishes that federal law is **"the supreme Law of the Land"** and overrides state laws. This allows for federal claims against states in some circumstances.*

- *Ex Parte Young (209 U.S. 123 (1908)) is a seminal U.S. Supreme Court case that held state officials can be sued in federal court for prospective injunctive relief for violations of federal law under the legal fiction that this does not violate sovereign immunity.*

- *New York Court of Claims Act § 8 waives New York's sovereign immunity for some claims alleging violation of federal statutes, like civil RICO, but the scope of this waiver is interpreted narrowly, which states in part:*

   ***"…The state hereby waives its immunity from liability and action and hereby assumes liability and consents to have the***

*same determined in accordance with the same rules of law as applied to actions in the supreme court against individuals or corporations, provided the claimant complies with the limitations of this article..."*

This has been interpreted to waive New York's sovereign immunity for certain claims alleging violations of federal statutes that allow for civil remedies, such as Civil RICO claims under 18 U.S.C. § 1964(c).

## LIST OF SUPPORTING CASE LAWS:

1. **Hafer v. Melo** (502 U.S. 21 (1991)) - *state officials can be held personally liable for damages under § 1983 based on actions taken in their official capacity.*

2. **Section VIII of the New York Court of Claims Act** - *waives New York's sovereign immunity for some § 1983 claims.*

3. **Patsy v. Florida Board of Regents** (457 U.S. 496 (1982)) - *exhaustion of state remedies not required before bringing § 1983 claim.*

4. **Monell v. Department of Social Services:** *In this landmark case, 436 U.S. 658 (1978), the Supreme Court held that local governments and agencies, including those of the states, can be sued under Section 1983 for unconstitutional policies or customs. This case is often cited when suing governmental entities.*

5. **Paratt v. Taylor, 451 U.S. 527 (1981):** *This case clarified the "acting under color of state law" requirement for § 1983 claims.*

**NOTE***: (a) In any § 1983 action, the initial inquiry must focus on whether the two essential elements to a § 1983 action are present: (1) whether the conduct complained of was committed by a person acting under color of state law; and (2) whether this conduct deprived a person of rights, privileges, or immunities secured by the Constitution or laws of the United States. Pp. 451 U. S. 531-535.*

# VI. CLAIMS FOR RELIEF

--------------------------------------------------------------------------------

## COUNT I:

## VIOLATION OF 42 U.S.C. § 1983

15. Plaintiff realleges and incorporates by reference all prior paragraphs of this Complaint.

16. Defendants, acting under color of state law, have deprived Plaintiff of his property without due process of law in violation of the Fourteenth Amendment to the United States Constitution.

17. Defendants' official policies and customs directly caused the federal and state constitutional violation(s).

18. As a direct and proximate result of Defendants' unlawful actions, Plaintiff has suffered damages and is entitled to relief under 42 U.S.C. § 1983.

## **Detailed Description(s) Proving Defendant's Guilt:**

Defendants willfully refused to honor the semantic error in their marketed instructions on the face of each Lucky 7's scratch off lottery ticket, sold to the public; in the State of New York, in direct and willfully violation of consumer protection laws, false and/or misleading marketing, and a host of other federal and state laws.

## COUNT II:

## VIOLATION OF THE LANHAM ACT (15 U.S.C. § 1125(a))

19. Plaintiff realleges and incorporates by reference all prior paragraphs of this Complaint.

20. In connection with the direct sale and mis-advertising of its Lucky 7s lottery tickets, Defendants have made false and demonstratively misleading false representations of fact regarding their tickets' stated rules for winning cash prize, in alleged combinations thereof; without honoring its semantic error; which makes such tickets winning lottery tickets.

21. Defendants' misrepresentations are material and likely to influence consumers' present and/or future purchasing decisions.

22. Defendants misrepresented the qualities and characteristics of the Lucky 7s tickets in interstate commerce.

23. Defendants' actions violate § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

24. Defendants' acts have caused and, unless restrained, will continue to cause damage and irreparable harm to Plaintiff and other members of the public ticket purchasers for which they have no adequate remedy at law.

See ***Goshen v. Mut. Life Ins. Co. of NY*, 98 N.Y.2d 314 (2002)** - Elements of a claim under New York General Business Law § 349.

## **Detailed Description(s) Proving Defendant's Guilt:**

When Defendant's in-house counsel was made aware of their lottery scratch off defects in its marketed instructions, counsel for the New York State Gaming Commission disregarded Plaintiffs concerns and ceased all further communications for clarification and remedy.

This goes directly and points specifically to Defendant's own Mens Rea.

## COUNT III:

## VIOLATION OF THE FEDERAL TRADE COMMISSION ACT (15 U.S.C. § 45(a))

25. Plaintiff realleges and incorporates by reference all prior paragraphs of this Complaint.

26. Defendants have engaged in unfair methods of competition and unfair or deceptive acts or practices in or affecting commerce, in violation of § 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 45(a).

27. Defendants' practices are likely to mislead reasonable consumers under the circumstances.

28. Defendants' practices are material; in that they are likely to affect a consumer's choice of or conduct regarding the purchase of lottery tickets.

29. Defendants' practices caused or are likely to cause substantial injury to consumers which is not reasonably avoidable by consumers themselves

and not outweighed by countervailing benefits to consumers or to competition.

30. As a direct and proximate result of Defendants' violations of the FTC Act, Plaintiff and other ticket purchasers have suffered and will continue to suffer personal and monetary damages.

See ***Federal Trade Commission v. Actavis Inc., et al***. (2013). 570 U.S. 136.

## **Detailed Description(s) Proving Defendant's Guilt:**

**SEE ATTACHED EXHIBITS BELOW.**

## COUNT IV:

## RICO VIOLATIONS (18 U.S.C. §§ 1962(c) - 1968)

31. Plaintiff realleges and incorporates by reference all prior paragraphs of this Complaint.

32. *The New York State Gaming Commission* is an enterprise within the meaning of 18 U.S.C. § 1961(4).

33. Defendants are each a "person" within the meaning of 18 U.S.C. § 1961(3).

34. Defendants have conducted or participated in the conduct of the Commission's affairs through a pattern of racketeering activity in violation of 18 U.S.C. § 1962(c).

35. The racketeering activity includes, but is not limited to, numerous acts of mail fraud under 18 U.S.C. § 1341 and wire fraud under 18 U.S.C.

§ 1343 in furtherance of Defendants' scheme to defraud ticket purchasers.

36. As a direct and proximate result of Defendants' RICO violations, Plaintiff and other ticket purchasers have been injured in their business and property and are entitled to treble damages under 18 U.S.C. § 1964(c).

## <u>Detailed Description(s) Proving Defendant's Guilt:</u>

**SEE ATTACHED EXHIBITS BELOW.**

## COUNT V:

## STATE LAW CLAIMS

37. Plaintiff realleges and incorporates by reference all prior paragraphs of this Complaint.

*Under New York State Consolidated Laws:*

*Court of Claims Act, Article 2, Sections 3, 3-a, 3-b, and 4.*

**Introduction and Background:** 1. The plaintiff, *Frederick Piña*, brings this action against the Defendant(s) alleging negligence by officers of the *New York State Gaming Commission*.

**Specific Allegations:** 2. From early 2023 to summer 2024, while conducting business with the *New York State Gaming Commission*, by and through the purchases of Lucky 7's lottery scratch off tickets, plaintiff suffered damages due to actions that constitute negligence and intentional torts.

**Legal Basis:** 3. Pursuant to Section 3 of the *New York State Consolidated Laws: Court of Claims Act*, claims for damages resulting from negligence

by state officers must be filed within 90 days of accrual or within two years if a notice of intention is filed.

**Compliance with Timelines:** 4. Plaintiff served a notice of intention to file a claim within the required timeframe and subsequently filed this claim with the attorney general in accordance with Section 3.

-----------------------------------------------------------------------

## A. Breach of Contract

38. Plaintiff and Defendants entered into a contractual agreement when Plaintiff purchased the "Lucky 7s" lottery tickets, with the understanding that the terms and instructions on the tickets constituted the contract.

39.     Defendants breached this contract by failing to honor the winning tickets according to the instructions provided on their face.

40.     As a direct and proximate result of Defendants' breach of contract, Plaintiff has suffered financial losses and is entitled to damages.

## B. Violation of New York General Business Law § 349

41.    Defendants have engaged in deceptive acts or practices in the conduct of their business by marketing and selling lottery tickets with misleading instructions.

42.    Defendants' actions were consumer-oriented, affected the public at large, and were materially misleading.

43.    As a result of Defendants' deceptive practices, Plaintiff and other consumers have suffered financial harm and are entitled to damages and injunctive relief under New York General Business Law § 349.

## C. Violation of New York General Business Law § 350

44.    Defendants have engaged in false advertising by misrepresenting the winning conditions of the "Lucky 7s" lottery tickets.

45.    Defendants' advertisements were materially misleading and likely to mislead a reasonable consumer acting reasonably under the circumstances.

46.     As a result of Defendants' false advertising, Plaintiff and
other consumers have suffered financial harm and are entitled to
damages and injunctive relief under New York General Business
Law § 350.

## D. Unjust Enrichment

47.     Defendants have been unjustly enriched at the expense of
Plaintiff and other consumers by selling lottery tickets with
misleading instructions and refusing to honor winning tickets.

48.     It would be against equity and good conscience to allow
Defendants to retain the benefits they have obtained through
their deceptive practices.

49.     Plaintiff seeks restitution for the amounts by which
Defendants have been unjustly enriched.

## E. Fraud

50.     Defendants knowingly and willfully made false
representations regarding the winning conditions of the "Lucky
7s" lottery tickets with the intent to deceive and induce Plaintiff
and other consumers to purchase the tickets.

51.     Plaintiff relied on these false representations to his detriment, purchasing tickets based on the belief that the instructions were accurate.

52.     As a direct and proximate result of Defendants' fraudulent actions, Plaintiff has suffered financial harm and is entitled to damages.

See ***Mandarin Trading Ltd. v. Wildenstein*, 16 N.Y.3d 173 (2011)** - Elements of unjust enrichment under New York law.

## ADDITIONALLY VIOLATED NEW YORK LAWS:

53.     **New York General Business Law § 349 and § 350**: These laws prohibit deceptive acts and false advertising in business, trade, or commerce. Federal courts can exercise supplemental jurisdiction over state law claims that are related to federal claims in the same lawsuit (28 U.S.C. § 1367). Since my federal claims (such as under 42 U.S.C. § 1983, Lanham Act, FTC Act, and RICO) are based on similar factual allegations of deception and misleading

practices, this court should allow these state law claims to be heard alongside my federal claims.

54.    **New York Penal Law § 190.65**: This law pertains to schemes to defraud, which are relevant to my allegations of deceptive practices in the sale of lottery tickets. However, criminal statutes like this are typically enforced by the state, not through private civil actions in federal court. Still, it provides context or background for my claim.

## **Detailed Description(s) Proving Defendant's Guilt:**

Defendants' failure to honor winning tickets based on the instructions printed on their face constitutes a breach of contract.

Defendants' marketing and sale of lottery tickets with misleading instructions and refusal to honor these tickets violate New York General Business Law §§ 349 and 350.

Defendants have unjustly benefited from the sale of these misleading lottery tickets at the expense of consumers.

Defendants' intentional misrepresentations regarding the winning conditions of the lottery tickets amount to fraud.

# COUNT VI:

# 18 U.S.C. § 1301 – IMPORTING OR TRANSPORTING LOTTERY TICKETS

Plaintiff realleges and incorporates by reference all prior paragraphs of this Complaint.

Defendants have engaged in the importation or transportation of defective and/or fraudulent lottery tickets or related materials in interstate commerce in violation of 18 U.S.C. § 1301.

Specifically, Defendants have caused the transportation and distribution of "Lucky 7s" lottery tickets, which are marketed under deceptive and misleading instructions, across state lines and within interstate commerce.

The misleading instructions on the "Lucky 7s" tickets, which suggest a winning combination that Defendants later claim to be erroneous, directly affect the integrity and fairness of the lottery system, and the use of interstate channels to distribute these tickets compounds the violation.

Defendants, through their actions, have knowingly and willfully transported these lottery tickets, or have caused them to be transported, with the intent to defraud consumers by promoting and selling tickets based on deceptive instructions.

As a direct and proximate result of Defendants' unlawful actions, Plaintiff and other ticket purchasers have been misled and have suffered financial losses, as the tickets they purchased were not honored according to the advertised rules.

The actions of the Defendants constitute a clear violation of 18 U.S.C. § 1301, which prohibits the importation or transportation of lottery tickets or related materials in interstate commerce.

Plaintiff and other similarly situated consumers are entitled to damages for the financial losses suffered due to Defendants' violation of 18 U.S.C. § 1301, as well as any other relief deemed appropriate by the Court.

See ***Monell v. Department of Social Services*, 436 U.S. 658 (1978)** - Discusses liability of local governments under § 1983.

See **Felder v. Casey**, 487 U.S. 131 (1988) - Discusses Notice of Claim requirements in federal suits against state agencies.

## COUNT VII

## DECLARATORY JUDGMENT (28 U.S.C. § 2201)

37. Plaintiff realleges and incorporates by reference all prior paragraphs of this Complaint.

38. Pursuant to 28 U.S.C. § 2201, Plaintiff seeks a declaratory judgment from this Court to declare and clarify the rights and legal relations of the parties regarding the following matters:

a. *Whether Defendants' practices related to the marketing and sale of "Lucky 7s" lottery scratch-off tickets constitute violations of federal and state laws, including but not limited to New York General Business Law §§ 349 and 350, 18 U.S.C. §§ 1962(c) - 1968 (RICO violations), and the Federal Trade Commission Act (15 U.S.C. § 45(a)).*

b. *Whether Defendants are liable for deceptive acts or practices in commerce under the Federal Trade Commission Act, causing injury to Plaintiff and other ticket purchasers.*

c. *Whether Plaintiff and other ticket purchasers are entitled to damages, including treble damages under RICO, as a result of Defendants' alleged fraudulent conduct.*

39. Plaintiff seeks a declaration that Defendants' actions as alleged herein violate applicable federal and state laws, and that Plaintiff and other ticket purchasers are entitled to relief as provided by law.

WHEREFORE, Plaintiff requests that this Court enter a declaratory judgment in Plaintiff's favor, declaring Defendants' liability for the violations alleged herein, and granting such other and further relief as the Court deems just and proper.

DATED: July 11, 2024

/s/ Frederick Piña

## <u>ADDITIONALLY SUPPORTIVE CASE LAWS:</u>

***Superior Coal Co. v. Department of Mines of Indiana***, 316 U.S. 322 (1942):

- This case established that declaratory judgment actions are appropriate when there is an actual controversy, and they serve to clarify legal rights and obligations under federal and state laws.

***MedImmune, Inc. v. Genentech, Inc.***, 549 U.S. 118 (2007):

- In this case, the Supreme Court reaffirmed the broad scope of declaratory judgments under federal law, emphasizing that plaintiffs need not infringe a patent or violate a law to seek declaratory relief but need only show a reasonable apprehension of suit.

***Abbott Labs. v. Gardner***, 387 U.S. 136 (1967):

- This case underscores the importance of declaratory judgments in resolving legal uncertainties and clarifying parties' rights under federal statutes, particularly in cases involving regulatory enforcement.

***Wilton v. Seven Falls Co.***, 515 U.S. 277 (1995):

- While primarily dealing with discretionary aspects of federal courts granting declaratory relief, this case provides guidance on the broad discretion courts have in deciding whether to grant declaratory relief under 28 U.S.C. § 2201.

***American States Ins. Co. v. Kearns***, 15 F.3d 142 (2d Cir. 1994):

- This case from the Second Circuit discusses the criteria for obtaining declaratory relief, emphasizing that the presence of an actual controversy and the potential for clarifying legal relations are critical factors in determining the appropriateness of a declaratory judgment.

## SUMMARY JUDGMENT:

40. Plaintiff asserts that based on the facts alleged in this Verified Complaint and the supporting exhibits, there is no genuine dispute as to any material fact regarding Defendants' liability for the claims set forth herein.

41. The material facts of this case are clearly established by the documentary evidence, including:

   a. *The "Lucky 7s" lottery tickets purchased by Plaintiff, which explicitly state the winning conditions (Exhibit E);*

   b. *Plaintiff's winning tickets that meet these stated conditions (Exhibit E);*

   c. *Defendants' refusal to honor these winning tickets (Exhibit B);*

   d. *The continued sale of tickets with the same misleading instructions.*

42. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff intends to move for summary judgment at the appropriate

time following the filing of this Verified Complaint and any necessary initial disclosures or discovery.

43. Plaintiff contends that the clear language of the lottery tickets, combined with Defendants' refusal to honor the winning combinations as stated on the tickets, leaves no genuine issue of material fact to be tried, and that Plaintiff is entitled to judgment as a matter of law on all claims asserted in this Complaint.

44. Specifically, Plaintiff argues that summary judgment is appropriate because:

  a. *The contract terms are unambiguous as printed on the lottery tickets;*

  b. *Defendants' breach of these terms is clearly evidenced by their refusal to honor winning tickets;*

  c. *The deceptive nature of Defendants' actions is apparent from the discrepancy between the printed instructions and Defendants' enforcement of different, unstated rules.*

45. Plaintiff believes that these undisputed facts establish Defendants' liability under all counts alleged in this Verified Complaint, including violations of federal and state law, breach of contract, and fraud.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant(s) as follows:

A. For compensatory damages in an amount to be proven at trial of $179,674.00 dollars in winning(s);

B. For treble damages under the federal RICO statute, totaling $539,022.00 dollars;

C. For punitive damages of $1 million dollars;

D. For injunctive relief to prevent further violation(s);

E. For reasonable attorneys' fees and costs of suit;

F. For such other and further relief as the Court may deem just and proper.

## VIII. BENCH TRIAL DEMAND

Plaintiff hereby demands a trial by judge on all issues so triable.

## Verification Statement

1. *I, Frederick Piña, hereby verify, pursuant to 28 U.S.C. § 1746, that the allegations contained in this Verified Complaint are true and correct to the best of my knowledge, information, and belief. I make this verification based on my personal knowledge of the facts alleged herein.*

2. *I understand that false statements made herein are subject to penalties of perjury.*

DATED this 11th day of July, 2024.

Respectfully submitted,

/s/ Frederick Piña

FREDERICK PIÑA, *Pro Se Plaintiff*
90 Vreeland Street, #4
Staten Island, New York 10302-1464
(929) 944-7029
Pina.frederick@gmail.com

**EXHIBIT A:**

Plaintiff's Deman Letter sent via Email to Defendant's Counsel

Thursday, July 6ᵗʰ, 2023

Mr. Kent D. Vander Wal, Senior Attorney
New York State Gaming Commission
One Broadway Center
P.O. Box 7500
Schenectady, New York 12301-7500
www.gaming.ny.gov

Via First Class Mail and Email (Kent.VanderWal@gaming.ny.gov)

RE: Your first response to my formal inquiry, New York Lottery's "Lucky 7's" scratch off.

Dear Mr. Vander Wal,

I have carefully read your July 6 letter to myself, regarding your response to my inquiry. In your letter, in your second paragraph; you "...attempted..." to correct my logic and understanding of your scratch lottery ticket, by stating that I had "interpreted" the play instructions to mean that each of my "LUCKY 7s" tickets are not prize-winners.

I want to correct the language in your your response letter. I did not interpret anything Mr. Vander Wal; I simply read the instructions on your scratch off ticket's cover face. And to prove that your interpretation of this matter is the incorrect version, I now draw your attention to last line of your second paragraph in your response to me:

**"...In order to win a prize in this game, a row, column, or diagonal must include three "7" symbols..."**

I was rather shocked and surprised, to tell you the truth; that you as a professionally licensed New York State attorney, don't understand the meaning of language in contracts and/or contractual agreements. You sir recorded the instructions to suit your own purpose and your own agenda. I obviously understand why, but it will not work. The correct instructions in your scratch tickets, are written as such:

**"...Get three "7" symbols in ANY row, column or diagonal and win PRIZE..."**

Language in legal documents, in any contractual agreement is most paramount importance Mr. Vander Wal, as the keyword in your game's instruction state: "…ANY row, column or diagonal…". The logic includes, ANY row, column or diagonal. Your instructions are crystal clear.

The New York State Gaming Commission isn't taking into account that your scratch off "Lucky 7's" tickets contain a semantic error. This semantic error validates my tickets as winning tickets, as your error isn't my fault or my responsibility.

I paid the New York State Gaming Commission the $1.00 cost of playing this game, and according to your instructions, which are clearly found on its face; it states (once again), ANY row, column or diagonal.

And because this refusal to pay me legally earning winnings, according to the instruction of your clear semantic error, I constitute this as a direct and willful violations of these laws:

FEDERAL LAWS:

1. The Federal Trade Commission Act ("FTC Act"): The FTC Act prohibits unfair or deceptive trade practices, including false or misleading advertising.
2. The Lanham Act: The Lanham Act protects consumers from false or misleading advertising that misrepresents the nature, characteristics, qualities, or geographic origin of goods or services.
3. The Consumer Product Safety Act ("CPSA"): The CPSA prohibits the sale of consumer products that are deemed to be defective or unsafe.

STATE LAWS:

1. **General Business Law Section 350-a**: This law prohibits false advertising which is defined as advertising that is misleading in a material respect. This includes advertising that makes false or misleading statements about the price, quality, or purpose of a product or service.

2. **Penal Law Section 190.20**: This law prohibits false advertising in the context of the sale or promotion of property or services. It is a class A misdemeanor, which is punishable by up to one year in jail and/or a fine of up to $1,000.

3. **Penal Law Section 190.05:** This law prohibits grand larceny, which is the theft of property valued at over $1,000.

4. **Penal Law Section 190.20:** This law prohibits false advertising in the context of the sale or promotion of property or services. It is a class A misdemeanor, which is punishable by up to one year in jail and/or a fine of up to $1,000.

46

5. **Penal Law Section 190.30:** This law prohibits forgery, which is the making, altering, or possessing of a forged instrument. A forged instrument is any document that is made or altered with the intent to deceive.

6. **Consumer Protection from Deceptive Acts and Practices Regulations:** These regulations provide more detailed guidance on what constitutes false advertising under New York law. They also prohibit other deceptive acts and practices, such as bait-and-switch advertising and pyramid schemes.

7. **New York Penal Law, Article 155 - Larceny**: This article covers various forms of larceny, including schemes to defraud, false pretenses, embezzlement, and other fraudulent activities involving property.

In addition to these specific laws, New York also has a general consumer protection law, the **Consumer Protection Act** (CPA). The CPA prohibits a wide range of unfair or deceptive practices, including false advertising.

CITY LAWS:

1. **New York City Administrative Code, Section 20-701 et seq. - Consumer Protection Law:** This law establishes the New York City Department of Consumer Affairs (DCA) and grants it authority to protect consumers from deceptive and unconscionable trade practices, including false advertising.

2. **New York City Administrative Code, Section 20-703 - False Advertising**: This section specifically prohibits false advertising practices within the City of New York. It prohibits making false or misleading statements about goods, services, or prices, and empowers the DCA to take enforcement actions.

3. **New York City Rules, Title 6, Chapter 2 - Deceptive Trade Practices:** This chapter provides detailed rules and regulations related to deceptive trade practices, including provisions on false advertising, pricing, and sales practices.

4. **New York City Rules, Title 6, Chapter 5 - Regulations of the Department of Consumer and Worker Protection:** This chapter contains additional regulations pertaining to consumer protection and deceptive trade practices, enforced by the Department of Consumer and Worker Protection (DCWP).

At present time, I am personally in possession of 22-winning Lucky 7's scratch off lottery tickets, with a combined total cash prize winnings of $30,851 dollars.

I also thank you for disclosing whom is your contractor, Scientific Games International ("SG") as they also will be added as a co-defendant in a prospective federal and state civil lawsuits against in your gaming commission.

And while you and I may differ on the "…interpretation…" of your scratch off lottery tickets, I feel exceptionally confident, that if given this case to a jury, they will NOT rewrite the instructions as you did in your letter, whereby you falsely claimed:

"…In order to win a prize in this game, a row, column, or diagonal must include three "7" symbols…"

That was a very self-serving rewriting of the gameplay's rules, as they clearly were established by your Commission, and once again; the operative keyword in your gameplay's instructions is:

# "…ANY…"

That singular word is what changes everything with respect to the legalities of this particular scratch off lottery ticket. If you and the rest of your office wish, I can certainly start preparing a class action lawsuit against the New York State Gaming Commission, both in New York State Supreme Court and U.S. District Court for the Southern District of New York.

Govern yourself accordingly,

Frederick Piña
90 Vreeland Street, Apt. 4
Staten Island, New York 10302-1464
(929) 944-7029
Pina.frederick@gmail.com

48

**EXHIBIT B:**

**First, Last and only response from Defendant's Counsel**

**Kent D. Vander Wal**
Senior Attorney

**New York State Gaming Commission**
One Broadway Center, P.O. Box 7500, Schenectady, NY 12301-7500
518-388-3411 / kent.vanderwal@gaming.ny.gov
www.gaming.ny.gov

July 6, 2023

*Via First-Class Mail and Email* (pina.frederick@gmail.com)

Frederick Piña
90 Vreeland Street, #4
Staten Island, NY 10302-1464

Re:    Your inquiry regarding New York Lottery's "LUCKY 7s" instant game

Dear Frederick Piña:

I am writing in response to your letter of May 11, 2023, and your email of May 15, 2023, that you sent to the New York State Gaming Commission (the "Commission"), operator of the New York Lottery, regarding the New York Lottery's "LUCKY 7s" scratch-off instant lottery game.

You have interpreted the play instructions to mean that each of your "LUCKY 7s" tickets are prize-winners if they have three "7" symbols anywhere on the ticket. This interpretation is a misreading of the ticket instructions. In order to win a prize in this game, a row, column, or diagonal must include three "7" symbols.

For ticket #177, the first row has two "7" symbols (5-7-7), the second row has one "7" symbol (7-3-6) and the third row has two "7" symbols (9-7-7). The first column has one "7" symbol (5-7-9), the second column has two "7" symbols (7-3-7) and the third column has two "7" symbols (7-6-7). The diagonals on ticket #177 each have only one "7" symbol (5-3-7 and 9-3-7).

For ticket #188, the first row has one "7" symbol (7-4-8), the second row has one "7" symbol (3-7-2) and the third row has two "7" symbols (7-7-5). The first column has two "7" symbol (7-3-7), the second column has two "7" symbols (4-7-7) and the third column has no "7" symbols (8-2-5). The diagonals on ticket #188 each have only two "7" symbols (7-7-5 and 7-7-8).

Based on the results above, neither of these tickets is entitled to a prize. The Commission reviewed your specific tickets 177 and 188 with Scientific Games International ("SG"), the Commission's instant scratch-off ticket contractor that developed the "LUCKY 7s" instant game in conjunction with the Commission and manufactured the tickets for such game. Based on such review, SG confirmed that your tickets are non-winning tickets with $0 prize value.

Regardless of how the play instructions on the tickets are interpreted, the back of each "LUCKY 7s" instant scratch-off ticket reads, "All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations." Instant scratch-off games are governed by 9 NYCRR Part 5006 of the Commission's regulations. To be a valid prize-



Frederick Piña
July 6, 2023
Page 2

winning scratch-off instant ticket, 9 NYCRR § 5006.8(q) of the Commission's regulations provides, "The validation number of an apparent winning ticket shall appear on the Commission's official list of validation numbers of winning tickets." As the manufacturer of the "LUCKY 7s" instant game, SG has developed an official list that details the assigned outcome for all "LUCKY 7s" tickets. If a ticket's validation number does not correspond with a winning outcome on the official list, the ticket is not a winning ticket, regardless of how play instructions are interpreted. Had either of these tickets been a winning ticket, the winning ticket number would correspond with a prize amount on the Commission's official list of validation numbers for the "LUCKY 7s" instant game. The validation numbers of tickets 177 and 188 do not appear on the Commission's official list of validation numbers as winning tickets, however. Therefore, the requirement in 9 NYCRR § 5006.8(q) is not satisfied for either ticket, and you are not entitled to a prize on either ticket.

Please feel free to contact me if you have any further questions. Thank you for your interest in the New York Lottery.

Sincerely,

Kent D. Vander Wal
Senior Attorney

cc:    Gweneth Dean
       Edmund Burns, Esq.

**EXHIBIT C:**

Gmail - Your inquiry regarding New York Lottery's "LUCKY 7s" instan...          https://mail.google.com/mail/u/0/?ik=17d3396ab0&view=pt&search=a...

 Gmail                                              Frederick Piña <pina.frederick@gmail.com>

**Your inquiry regarding New York Lottery's "LUCKY 7s" instant game**
2 messages

VanderWal, Kent (GAMING) <Kent.VanderWal@gaming.ny.gov>          Thu, Jul 6, 2023 at 4:26 PM
To: "pina.frederick@gmail.com" <pina.frederick@gmail.com>
Cc: "Dean, Gweneth (GAMING)" <Gweneth.Dean@gaming.ny.gov>

Dear Mr. Pina:

Please see the attached letter.  Thank you.

**Kent D. Vander Wal**

Senior Attorney

**New York State Gaming Commission**

One Broadway Center, Schenectady, NY 12305

518-388-3411

www.gaming.ny.gov

 **2023-07-06 Response to Frederick Pina - Lucky 7s game.pdf**
130K

Frederick Piña <pina.frederick@gmail.com>          Thu, Jul 6, 2023 at 5:50 PM
To: "VanderWal, Kent (GAMING)" <Kent.VanderWal@gaming.ny.gov>
Cc: "Dean, Gweneth (GAMING)" <Gweneth.Dean@gaming.ny.gov>

Dear Mr. Vander Wal,

Please see the attached letter. Thank you.

Best wishes,

Frederick Piña

P.S. The citing of 9 NYCRR § 5006.8(q) of the Commission's regulations provides, "The validation number of an apparent winning ticket shall appear on the Commission's official list of validation numbers of winning tickets."

Lastly, do understand perfectly clear that this regulatory rule, will not inoculate your state government agency against any federal, state and/or city civil liabilities whatsoever for public fraud and/or false advertising.



1 of 2                                                                              12/9/2023, 5:31 PM

**EXHIBIT D: Disclosure**

Under New York General Municipal Law § 50, a Notice of Claim must be served upon the *New York State Gaming Commission* within 90 days after the claim arises as a condition precedent to filing suit against the state agency, even if the suit will be in federal court.

The U.S. Supreme Court has held that Notice of Claim requirements are substantive state law requirements that must be followed when filing a suit against a state governmental entity in federal court. See *Felder v. Casey*, 487 U.S. 131 (1988).

**EXHIBIT E:**

All the scanned images of all Plaintiff's fraudulently sold (and purchased) Lucky 7's scratch off lottery tickets, marketed to the public by said Defendant(s).



NAME (Print Legibly)
STREET
CITY          STATE          ZIP
PHONE NUMBER
EMAIL ADDRESS
SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $500 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533.
Claims above $600 must include a completed claim form. Please see nylotteryjce.com for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
You must be 18 years or older to purchase a Lottery ticket.
Gambling problem? Go to NYProblemGamblingHelp.org,
call the HOPEline 1-877-846-7369 or
text HOPENY (467369). Standard text rates may apply.

LUCKY 7s
$1
1550

Handwritten: Frederick Pink VREELAND ST. Staten Island NY 10302



NAME (Print Legibly)

STREET

CITY                    STATE            ZIP

PHONE NUMBER

EMAIL ADDRESS

SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533.
Claims over $600 must include a completed claim form. Please see nylottery.ny.gov for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s

$1

1550

7   14433   01550   9   (TcM length setting = 3")

NAME (Print Legibly)

STREET

CITY                    STATE            ZIP

PHONE NUMBER

EMAIL ADDRESS

SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533.
Claims over $600 must include a completed claim form. Please see nylottery.ny.gov for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s

$1

1570

7   14433   01570   7   (TcM length setting = 3")

NAME (Print Legibly)

STREET

CITY                    STATE            ZIP

PHONE NUMBER

EMAIL ADDRESS

SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533.
Claims over $600 must include a completed claim form. Please see nylottery.ny.gov for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s

$1

1570

NAME (Print Legibly)

STREET

CITY                    STATE            ZIP

PHONE NUMBER

EMAIL ADDRESS

SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533.
Claims over $600 must include a completed claim form. Please see nylottery.ny.gov for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s

$1

1570

7   14433   01570   7   (TcM length setting = 3")

NAME (Print Legibly)

STREET

CITY                    STATE            ZIP

PHONE NUMBER

EMAIL ADDRESS

SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533.
Claims over $600 must include a completed claim form. Please see nylottery.ny.gov for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s

$1

1570

NAME (Print Legibly)

STREET

CITY                    STATE            ZIP

PHONE NUMBER

EMAIL ADDRESS

SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533.
Claims over $600 must include a completed claim form. Please see nylottery.ny.gov for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s

$1

1570



NAME (Print Legibly)
STREET
CITY                    STATE              ZIP
PHONE NUMBER
EMAIL ADDRESS
SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to: New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533
Claims over $600 must include a completed claim form. Please see nylotteryrico.com for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.06. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s

$1
1570

PLEASE PLAY RESPONSIBLY.







NAME (Print Legibly)
STREET
CITY                STATE        ZIP
PHONE NUMBER
EMAIL ADDRESS
SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to: New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533.
Claims over $600 must include a completed claim form. Please see nylottery.ny.gov for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.06. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s

$1
1570

(This text repeats across nine lottery ticket labels arranged in a 3×3 grid, each with barcodes and serial numbers: 1570-0006876-076, -001, -041147, -074, -102, -096155, -105, -103, -098.)





NAME (Print Legibly)

STREET

CITY    STATE    ZIP

PHONE NUMBER

EMAIL ADDRESS

SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)

Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to: New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533

Claims over $600 must include a completed claim form. Please see nylotteryprize.com for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.

Tickets may continue to be sold after all top prizes have been claimed.

Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.

Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s

$1

1570





NAME (Print Legibly)
STREET
CITY          STATE          ZIP
PHONE NUMBER
EMAIL ADDRESS
SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A price up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to: New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533.
Claims above $600 must include a completed claim form. Please see nylotteryclaim.com for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.
**PLEASE PLAY RESPONSIBLY.**
You must be 18 years or older to purchase a Lottery ticket.
Gambling problem? Go to NYProblemGamblingHelp.org.
call the HOPEline 1-877-846-7369 or text HOPENY (467369). Standard text rates may apply.

**LUCKY 7s**

$1
1550

7  14433  01550  9   ITM length setting = 3"

---

NAME (Print Legibly)
STREET
CITY          STATE          ZIP
PHONE NUMBER
EMAIL ADDRESS
SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A price up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to: New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533.
Claims above $600 must include a completed claim form. Please see nylotteryclaim.com for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.
**PLEASE PLAY RESPONSIBLY.**

**LUCKY 7s**

$1
1550

7  14433  01550  9   ITM length setting = 3"

---

**LUCKY 7s**

$1
1550

(This page reproduces multiple LUCKY 7s lottery scratch-off ticket claim forms arranged in a grid; the above text is representative of the repeated form content.)



NAME (Print Legibly)

STREET

CITY      STATE      ZIP

PHONE NUMBER

EMAIL ADDRESS

SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533
Claims over $600 must include a completed claim form. Please see nylottery.ny.gov for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.06. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s

$1
1550

LUCKY 7s

$1
1570

LUCKY 7s

$1
1550

LUCKY 7s

$1
1570



NAME (Print Legibly)
STREET
CITY          STATE          ZIP
PHONE NUMBER
EMAIL ADDRESS
SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533
Claims over $600 must include a completed claim form. Please see nylstatenprize.com for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s
$1
1570

---

NAME (Print Legibly)
STREET
CITY          STATE          ZIP
PHONE NUMBER
EMAIL ADDRESS
SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533
Claims over $600 must include a completed claim form. Please see nylstatenprize.com for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s
$1
1570

---

NAME (Print Legibly)
STREET
CITY          STATE          ZIP
PHONE NUMBER
EMAIL ADDRESS
SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533
Claims over $600 must include a completed claim form. Please see nylstatenprize.com for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s
$1
1570

---

NAME (Print Legibly)
STREET
CITY          STATE          ZIP
PHONE NUMBER
EMAIL ADDRESS
SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533
Claims over $600 must include a completed claim form. Please see nylstatenprize.com for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s
$1
1570

---

NAME (Print Legibly) *FREDERICK PINA*
STREET *10 VREELAND ST #4*
CITY *ISLAND, NY (U2...)*
PHONE NUMBER *929-944-7029*
EMAIL ADDRESS *pina.frederick@gmail...*
SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533
Claims over $600 must include a completed claim form. Please see nylstatenprize.com for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369. Standard text rates may apply.

LUCKY 7s
$1
1550

---

NAME (Print Legibly)
STREET
CITY          STATE          ZIP
PHONE NUMBER
EMAIL ADDRESS
SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533
Claims over $600 must include a completed claim form. Please see nylstatenprize.com for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s
$1
1550

---

NAME (Print Legibly)
STREET
CITY          STATE          ZIP
PHONE NUMBER
EMAIL ADDRESS
SIGNATURE

SOCIAL SECURITY NUMBER (IF PRIZE EXCEEDS $600)
Ticket is required to claim a prize. For your security, please fill in this form. A prize up to and including $600 may be claimed and paid at a Lottery Retailer. You may claim any prize at a Lottery Claim Center or sign and mail to New York Lottery, P.O. Box 7533, Schenectady, N.Y. 12301-7533
Claims over $600 must include a completed claim form. Please see nylstatenprize.com for more information. All prizes must be claimed within one year of announced end of game. All tickets, transactions and winners are subject to New York State Laws and New York Lottery Rules and Regulations.
Tickets may continue to be sold after all top prizes have been claimed.
Overall odds of winning any prize, including breakeven prizes, are 1 in 4.96. For prizes remaining and prize claim deadline, go to nylottery.ny.gov/scratch-off-games and select this game.

PLEASE PLAY RESPONSIBLY.
Must be 18+ to purchase a Lottery ticket.
Gambling problem? Visit NYProblemGamblingHelp.org.
Call the HOPEline 1-877-846-7369 or text 467369.

LUCKY 7s
$1
1570

1570-0006876-081(170)
1570-0006876-031(220)
1570-0006876-117(134)
1570-0006876-073(178)
1550-0127302-151(100)
1570-0023716-204(047)
1550-0110523-188(063)
1570-0006876-003(248)
1570-0090799-095(155)
LUCKY 7s
PLEASE PLAY RESPONSIBLY.





