UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDERICK PIÑA,<br><br>       Plaintiff,<br><br>  -against-<br><br>NEW YORK STATE GAMING COMMISSION; BRIAN O'DWYER; JOHN A. CROTTY; SYLVIA B. HAMER; MARTIN J. MACK; PETER J. MOSCHETTI JR.; MARISSA SHORENSTEIN; JERRY SKURNIK; SCIENTIFIC GAMES,<br><br>       Defendants. | 24cv5383 (LTS)<br><br>25cv4117 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the July 23, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Civil judgment is entered dismissing Piña I, No. 24-CV-5383.

SO ORDERED.

Dated: July 24, 2025
    New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                   Chief United States District Judge